FILED

2024 JAN -8  AM 9: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# MJ 24-00085

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 21-CR-00598 |
| v. | |
| Giovannie Gayton Rosales | **DECLARATION RE** |
| | **OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Warrant
in the Southern District of CA on 12/28/2023
at 2:26 ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about 12/7/2023
in violation of Title 18 U.S.C., Section(s) 3583
to wit: _____

A warrant for defendant's arrest was issued by: John Morrill

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: No Bail

Relevant document(s) on hand (attach): _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____1/8/24_____
                    Date

_____          _____
Signature of Agent                  Print Name of Agent
                                    Stellem

_____          _____
USMS                                DUSM
Agency                              Title

CR-52 (03/20)                    **DECLARATION RE OUT-OF-DISTRICT WARRANT**