UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
U.S. DISTRICT COURT
JAN - 8 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ W ___ DEP

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rosales | ) | Case No. 24-mj-85 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1/8/24

X _____
Defendant's signature

_____
Signature of defendant's attorney

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter

CR-110 (06/12)                Waiver of a Preliminary Hearing